UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re: CHARLENE J HANKS
15 RANGERS DR
HUDSON, NH 030513536

SSN: 002529031

Case Number: 0210986
Chapter: 13 Judge: MWM
Court Claim Number: 6
Original Claim Amount: $ 4665.28

FILED
2002 JUL 29 P 2:09
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Credit Solutions Corp. (the "Seller/Transferor/Assignor") and National Capital Management, LLC (the "Purchaser/Transferee/Assignee") do hereby provide, joint notice of the unconditional sale and transfer of all right, title, and interest in and to Bankruptcy Claims (as such is defined in the Asset Purchase Agreement dated July 17, 2002 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Bankruptcy Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby request that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and hereby informs the court that it has been notified of the transfer and declines its opportunity to object under FRBP 3001(e)(2). Accordingly, the Seller/Transferor/Assignor and the Purchaser/Transferee/Assignee jointly request that the transfer of the Bankruptcy Claim be made immediately upon the docketing of this Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee hereby requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

Dated: July 24, 2002

SELLER/ASSIGNOR/TRANSFEROR:
Credit Solutions Corp.
2810 Camino Del Rio South, Suite 200
San Diego, CA 92108
(619) 542-8200

By: _____
Mark A. Joplin (P.O.A.)
Its: Executive Vice President

PURCHASER/ASSIGNEE/TRANSFEREE
National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, Tennessee 38125
(901) 748-2900

By: _____
James Cash, Member
Byron Fisher, Officer
Temesha Polk, Officer
Teresa Bower, Officer